# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0518. ERIKA FORD v. MICHAEL ASHERIAN et al.

Amir Asherian and Hooshang Asherian filed a complaint in magistrate court against Erika Ford, seeking a writ of possession to certain real property and past due rent. The magistrate court transferred the case to state court because the complaint sought an amount exceeding the magistrate court's jurisdictional limits. The state court then entered an order granting the Asherians a writ of possession. The state court, however, did not rule on the Asherians' request for past due rent. Ford filed a notice of appeal. The Asherians have filed a motion to dismiss the appeal, contending that Ford failed to comply with our interlocutory appeal procedures. We lack jurisdiction.

The record makes clear that this case remains pending below, as the trial court still needs to address the Asherians' request for past due rent. See generally OCGA § 5-6-34 (a) (1) (permitting appeals from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below"); *Grantham v. Nelson*, 160 Ga. App. 68, 68 (286 SE2d 59) (1981) (holding that writ of possession did not constitute final judgment when all claims had not been decided). Consequently, Ford was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain appellate review at this juncture. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Her failure to do so deprives us of jurisdiction over this appeal. The Asherians' motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*__*01/06/2023*_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*